E. R. Mickelberry, appellant, v. Arthur Keithley, appellee.   Gen. No. 7,068.

Suit to enjoin the sale of a certain note secured by a real estate mortgage. Decree dissolving the injunction and dismissing the bill

as to appellee. Appeal from the Circuit Court of Peoria county; the Hon. Charles V. Miles, Judge, presiding. Heard in this court at the April term, 1922. Reversed and remanded with directions. Opinion filed October 25, 1922.

Sigmund Livingston and Clarence W. Heyl, for appellant; William W. Whitmore and Harry C. Heyl, of counsel. Tichenor, Todd, Wilson & Barnett, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.